


Richard H. Reimer (RR 7878)
Melissa Battino Purin (MB 0449)
ASCAP Building
One Lincoln Plaza
New York, New York 10023
(212) 621-6261

I. Fred Koenigsberg (IK 3259)
Christopher J. Glancy (CG 8307)
Stefan M. Mentzer (SM 2542)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

*Attorneys for Plaintiffs*




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLEU DISQUE MUSIC CO., INC., WEBO GIRL PUBLISHING, INC., MISS BESSIE MUSIC, SKYFISH MUSIC, WB MUSIC CORP., RODSONGS AND CONTROVERSY MUSIC, | Civil Action No. |
| Plaintiffs, | |
| -against- | **RULE 7.1 DISCLOSURE STATEMENT** |
| JEC II, LLC, JONATHAN SEGAL AND CELESTE FIERRO, | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiffs BLEU DISQUE MUSIC CO., INC., et al. in the above captioned action, certifies that

WB MUSIC CORP. is wholly owned by publicly held Warner Music Group Corp.

And

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiffs BLEU DISQUE MUSIC CO., INC., WEBO GIRL PUBLISHING, INC., MISS BESSIE MUSIC, SKYFISH MUSIC, RODSONGS and CONTROVERSY MUSIC, in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: New York, New York
March 24, 2008

RICHARD H. REIMER (RR 7878)
MELISSA BATTINO PURIN (MB 0449)
ASCAP Building
One Lincoln Plaza
New York, New York 10023
Telephone: (212) 621-6200
Facsimile: (212) 787-1381

WHITE & CASE LLP

By: ______________________
I. Fred Koenigsberg (IK 3259)
Christopher J. Glancy (CG 8307)
Stefan Mentzer (SM 2542)
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Attorneys for Plaintiffs*