WHITE & CASE, LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BLEU DISQUE MUSIC CO., INC., WEBO GIRL PUBLISHING, | Case No.: 08 CV 2990
INC., MISS BESSIE MUSIC, SKYFISH MUSIC, WB MUSIC CORP, |
RODSONGS and CONTROVERSY MUSIC, |
                                      Plaintiffs, |
    -against- |
        |
JEC II, LLC, JONATHAN SEGAL and CELESTE FIERRO |
                                     Defendants. | **AFFIDAVIT OF SERVICE**
------------------------------------------------------------X

STATE OF NEW YORK        )
                                     ) ss.:
COUNTY OF NEW YORK   )

        **RONALD GUEST,** being duly sworn, deposes and says:

        1.        That I am not a party to this action, am over eighteen years of age and reside in the State of New York;

        2.        That on <u>May 19, 2008</u>, at approximately <u>1:53 p.m.</u>, I personally served a true and correct copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1 STATEMENT, and CIVIL COVER SHEET,** all upon **CELESTE FIERRO, (an individual)** by Substituted Service, via Mr. Edward Fierro, who identified himself as the "Husband of Celeste Fierro" and who accepted service on behalf of Celeste Fierro, individually. Mr. Edward Fierro, who is known and known to be, someone of suitable age and discretion, who indicated upon inquiry that he nor Celeste Fierro are neither in Military Service nor dependant upon anyone within Military Service, which service was effected at their actual place of residence indicated below:

                              CELESTE FIERRO
                              210 Fifth Avenue / 6th Floor
                              New York, New York 10010

        3.        **Mr. Edward Fierro** can best be described as:

Male - White skin – Black hair – Brown eyes - Approximately 33 - 43 years of age, 5'11" - 6'2" and 155 - 195 lbs.

        4.        On <u>May 20, 2008,</u> I deposited in a United States Post Office within New York State, via Regular First Class Mail, another true copy of the abovementioned documents, properly enclosed and sealed in a post-paid envelope bearing the legend 'Personal and Confidential'. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action commenced against the person served, and was addressed to <u>CELESTE FIERRO,</u> at the address noted above.

Dated:   May 20, 2008
            New York, New York

                                                                   RONALD GUEST
                                                                   License No.: 1282614

Sworn to before me on this the 20th day of May 2008.      **HOLLY ROLDAN**
                                                            Notary Public, State of New York
                                                             No. 01RO6125752
                                                         Qualified in New York County
NOTARY PUBLIC                                Commission Expires April 20, 20__

---

RAPID & RELIABLE ATTORNEY SERVICE, CORP.                            POST OFFICE BOX 3265
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-               NEW YORK, NEW YORK 10008
                                                                                           212-608-1555

*"We've built our reputation on your satisfaction"*