UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BLEU DISQUE MUSIC CO., INC., WEBO GIRL PUBLISHING, INC., MISS BESSIE MUSIC, SKYFISH MUSIC, WB MUSIC CORP, RODSONGS and CONTROVERSY MUSIC,

          Plaintiffs,

-against-

JEC II, LLC, JONATHAN SEGAL and CELESTE FIERRO

          Defendants.
------------------------------------------------------------------X

Case No.: 08 CV 2990

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                ) ss.:
COUNTY OF NEW YORK  )

        **RONALD GUEST**, being duly sworn, deposes and says:

        1.     That I am not a party to this action, am over eighteen years of age and reside in the State of New York;

        2.     That on May 19, 2008, at approximately 3:23 p.m., I personally served a true and correct copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1 STATEMENT, and CIVIL COVER SHEET,** all upon **JONATHAN SEGAL, (an individual)** by Substituted Service, via Ms. Donna Murphy, who identified herself as the "Receptionist" and who accepted service on behalf of Jonathan Segal, individually. Ms. Donna Murphy, who is known and known to be, someone of suitable age and discretion, who indicated upon inquiry that she nor Jonathan Segal are neither in Military Service nor dependant upon anyone within Military Service, which service was effected at the business address indicated below:

        JONATHAN SEGAL
        411 West 14th Street / 2nd Floor
        New York, New York

        3.     **Ms. Donna Murphy** can best be described as:

Female - White skin – Auburn hair – Blue eyes - Approximately 22 - 32 years of age, 5'4" - 5'7" and 100 - 125 lbs.

        4.     On May 20, 2008, I deposited in a United States Post Office within New York State, via Regular First Class Mail, another true copy of the abovementioned documents, properly enclosed and sealed in a post-paid envelope bearing the legend 'Personal and Confidential'. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action commenced against the person served, and was addressed to JONATHAN SEGAL, at the address noted above.

Dated:  May 20, 2008
             New York, New York

                                                                _____
                                                                RONALD GUEST
                                                                 License No.: 1282614

Sworn to before me on this the 20th day of May 2008.

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 20__

_____
NOTARY PUBLIC

---

RAPID & RELIABLE ATTORNEY SERVICE, CORP.
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 3265
NEW YORK, NEW YORK 10008
212-608-1555

*"We've built our reputation on your satisfaction"*