WHITE & CASE, LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BLEU DISQUE MUSIC CO., INC., WEBO GIRL PUBLISHING, | Case No.: 08 CV 2990
INC., MISS BESSIE MUSIC, SKYFISH MUSIC, WB MUSIC CORP, |
RODSONGS and CONTROVERSY MUSIC, |
                        Plaintiffs, |
      -against- |
|
JEC II, LLC, JONATHAN SEGAL and CELESTE FIERRO |
|
                        Defendants. | **AFFIDAVIT OF SERVICE**
------------------------------------------------------------------X

STATE OF NEW YORK      )
                                 ) ss.:
COUNTY OF NEW YORK  )

        **RONALD GUEST**, being duly sworn, deposes and says:

        1.     That I am not a party to this action, am over eighteen years of age and reside in the State of New York;

        2.     That on <u>May 19, 2008</u>, at approximately <u>3:24 p.m.</u>, I personally served a true and correct copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1 STATEMENT, and CIVIL COVER SHEET**, all upon **JEC II, LLC**, by Personal Delivery, via Ms. Donna Murphy, who identified herself as the "Receptionist" as well as being authorized as Agent to accept service on behalf of JEC II, LLC, which service was effected at their actual place of business indicated below:

                JEC II, LLC
                411 West 14th Street / 2nd Floor
                New York, New York

        3.     **Ms. Donna Murphy** can best be described as:

Female - White skin – Auburn hair – Blue eyes - Approximately 22 - 32 years of age, 5'4" - 5'7" and 100 - 125 lbs.

Dated:  May 19, 2008
           New York, New York

                                                         _____
                                                         RONALD GUEST
                                                         License No.: 1282614

Sworn to before me on this the 19th day of May 2008.

_____
NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 20__

---

**RAPID & RELIABLE ATTORNEY SERVICE, CORP.**                                            POST OFFICE BOX 3265
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-                       NEW YORK, NEW YORK 10008
                                                                                           212-608-1555

*"We've built our reputation on your satisfaction"*