UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLEU DISQUE MUSIC CO., INC., WEBO GIRL PUBLISHING, INC., MISS BESSIE MUSIC, SKYFISH MUSIC, WB MUSIC CORP., RODSONGS and CONTROVERSY MUSIC,<br><br>        Plaintiffs,<br><br>  -against-<br><br>JEC II, LLC, JONATHAN SEGAL and CELESTE FIERRO,<br><br>        Defendants. | Civil Action No. 08-2990 (RJS) (MHD) |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs Bleu Disque Music Co., Inc., Webo Girl Publishing, Inc., Miss Bessie Music, Skyfish Music, WB Music Corp., Rodsongs, and Controversy Music hereby dismiss the above-captioned action against defendants JEC II, LLC, Jonathan Segal, and Celeste Fierro WITH PREJUDICE, with all parties to bear their own costs, including attorneys' fees.

Dated: New York, New York
       August 19, 2008

RICHARD H. REIMER (RR 7878)
MELISSA BATTINO PURIN (MB 0449)
ASCAP Building
One Lincoln Plaza
New York, New York 10023
Telephone: (212) 621-6200
Facsimile: (212) 787-1381

WHITE & CASE LLP

By: _____
I. Fred Koenigsberg (IK 3259)
Stefan M. Mentzer (SM 8323)
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2008, I caused a copy of the foregoing NOTICE OF DISMISSAL to be served, by the means indicated below, upon:

## FIRST-CLASS MAIL

JEC II, LLC
411 West 14th Street
New York, New York 10014

Jonathan Segal
411 West 14th Street
New York, New York 10014

Celeste Fierro
210 Fifth Avenue
New York, New York 10010

_____
Stefan M. Mentzer